United States District Court
Southern District of Texas
**ENTERED**
May 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MELQUIADES MENDIOLA, JR., | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-15-080 |
| | § | |
| STATE OF TEXAS, ET AL., | § | |
|    Defendants. | § | |

# ORDER

Pending is the Magistrate Judge's March 31, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 19]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted.  Therefore, Melquiades Mendiola, Jr.'s complaint [Doc .No. 1] is dismissed for failure to state a claim upon which relief can be granted.  Alternatively, Mendiola's petition is dismissed for failure to comply with the Court's order to pay the appropriate filing fee.

Signed this 4th day of May, 2016.

                                                       Andrew S. Hanen
                                                     United States District Judge